

March 4, 2015

Judge Ranier Collins
405 W. Congress St
Tucson, AZ 85701

Re:  Request for a new attorney,
Case #4:11-cr-00794-RCC-CRP

Dear Judge Collins;

I am contacting you today to request that I have a new attorney assigned to my case.  Mr. Chapman and I just do not seem to be able to communicate.   Face to face meetings are very difficult for me as he makes me feel horrible.  I have **NEVER** felt that he believed in me and could really have cared less what happens to me.   I realize personalities clash sometimes, but I am definitely not a priority for him.   I have tried on multiple occasions to reach him by email.  I can document many many many of them.  He is **EXTREMELY** hard to reach by phone.  He does not return calls when I ask him to.  He always wants me to come into his office, again even when I just have a question or two.  When I have gone to the office, I feel it is a token visit and nothing is accomplished.  We have had very limited contact with regards to any actual investigating of contracts and facts in the case.  I have sent him information that I felt could be relevant, just to have him ignore it and mostly blow me off.  Tim and I asked early on if our attorneys could talk and compare.  They both said "sure" but to my knowledge that never happened.  Mr. Cooper hired a PI who came and talked to Tim.   I asked Mr. Chapman about this, he never really answered and almost scoffed at me for this.  On my first visit with the prosecutor, I was talking and answering questions to the best of memory.  He stopped the meeting and asked the prosecutor to leave the room   He looks at me and says "are you fucking kidding me?".  I said excuse me and he said that can not be your story.   I felt like he wanted me just to say what they wanted me to like they were backing me into a corner.  I called him on it, but he just said it was ridiculous.   So I go into this with me feeling like I do not respect him and I do not feel he is doing a good job for me.   There is no comfort level at all with him.  I understand he is not a warm fuzzy kind of guy, but I need someone who appears to give a damn.   The saying comes to mind, "You go to jail and your attorney goes to lunch".  That is how I feel.  I know he has been paid to defend me and I do not feel he has done that.  I understand he is very good at what he does, I just have not witnessed that.   Tim and I have a lot at stake here, and he just keeps blowing me off.   Face to face meetings are very uncomfortable and non-productive.  I do realize there are things done behind the scenes the defendants do not know about, but he has been very neglect is keeping me informed on what is going on.   He asked me to  create a report that detailed what we earned and what was paid out.  I spent many many hours on this when the whole time I felt it should have been done by his office.   When we thought the trial was close to finally making it to court, he asked me to come down and sort through ALL the documents and make notes.  I did this alone, we never did review this in any detail but briefly in no way shape or form preparing me for court.

Theresa Coyne
Re:   Request for a new attorney, Case #4:11-cr-00794-RCC-CRP
Page Two


I have asked him on multiple occasions about rescinding my plea.  He told me I could do that, but then really again just blew me off......It is obvious he really does not want to do that.  I can see from PACER that many motions have been filed by the principles in this case.   He has just washed his hands of this issue. I understand he is still my attorney, and I feel he owes it to me to stay in this case and make me aware of what is proceeding.  I should not have to go to PACER and get answers most of which I do not understand.   Many of the things filed are things I said from day one and he did nothing with the information.   I do not feel it is right for me to sit by and wait.  I do not feel he has defended me in any way, shape or form. I feel he has abandoned me.

I feel I was pressured into the plea bargain ( I know everyone says that).  Mr. Granoff wanted me to testify in the other case that involved Dino Sisneros and that if I would he would give me a plea.  It had to be done quickly before that trial so much so that it had to be done the next day by magistrate.  I did not testify.  I had told Mr. Chapman no way, absolutely not, I could not take it.  I had a real moral issue by doing that. How could I take that when in my heart I knew I had been taken advantage of and lied to.  Mr. Chapman pulled up out bunch of law articles and tried to make me understand that was I was pleaing to was appropriate.  They also held my husband's fate in my hands by saying they would drop his charges if I took the plea.  Now, I feel all that was a scare tactic.  Basically, I was told that I did not commit a crime but that it was like I witnessed a bank robbery and did not report it, even though I did not know half of what they were doing on their end.   I am very concerned that I will be left with a felony on my record for what?  For 7 years, we have been paying money on money that we borrowed to make payments.  Tim and I are the only ones who did the right thing.  We paid money out of our own pockets to try to retain the properties going into considerable debt while the others took the money and did not make payments.   I have gotten a new job and I fear that I will lose that job and then not be able to continue to pay on those loans.   We did not file bankruptcy when that would have been the "easy" thing to do.  We did not feel it was the "right" thing to do.

Thank you for your time and consideration in this matter.

Sincerely,


Theresa M. Coyne
4648 W. Snowberry Lane
Tucson, AZ 85742
(520) 400 7399